STATE OF CONNECTICUT *v.* MICHAEL ROSE

The defendant's petition for certification for appeal from the Appellate Court, 29 Conn. App. 421 (AC 10471), is denied.

*Deborah DelPrete Sullivan,* assistant public defender, in support of the petition.

*Mitchell S. Brody,* assistant state's attorney, in opposition.

Decided December 22, 1992

JENNIFER LAWRENCE *v.* NEW HAMPSHIRE INSURANCE COMPANY

The defendant's petition for certification for appeal from the Appellate Court, 29 Conn. App. 484 (AC 10851), is denied.

*Donald P. Guerrini,* in support of the petition.

*Robert R. Sheldon,* in opposition.

Decided December 22, 1992

EUGENE GULYCZ *v.* STOP AND SHOP COMPANIES, INC.

The plaintiff's petition for certification for appeal from the Appellate Court, 29 Conn. App. 519 (AC 10948), is denied.

*John R. Williams,* in support of the petition.

*Barbara B. Sacks,* in opposition.

Decided December 22, 1992